WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED'07 JUL 06 12:02USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHLOE WRAY**,                                                  CV # 06-492-BR

    Plaintiff,

vs.                                                                            ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $7,100.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $175.00 are awarded pursuant to 28 U.S.C. § 1920. Both checks shall be sent to Attorney Tim Wilborn's address, above.

DATED this 6th day of July, 2007.

_____
United States District Judge

Submitted on July 5, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1